

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-14-2006

# USA v. Price

Precedential or Non-Precedential: Precedential

Docket No. 05-2968

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Price" (2006). *2006 Decisions.* Paper 527.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/527

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 13, 2006

## No. 05-2968

UNITED STATES OF AMERICA
v.
KENNAN PRICE, Appellant
(E.D. of P.A. Criminal No. 03-cr-00147)


**Present:** FISHER, CHAGARES, and REAVLEY, <u>CIRCUIT JUDGES</u>.


1. Motion by Appellee to Designate Panel Opinion as Precedential.


|  |  |
|---|---|
| **Opinion & Judgment filed 6/30/06** | /s/ Chanel R. Graham<br>Chanel R. Graham   267-299-4955<br>Case Manager |

## O R D E R

**The foregoing motion is granted.**

**By the Court,**

**/s/ D. Michael Fisher**
**Circuit Judge**

**Dated: August 14, 2006**
**CRG/cc: Paul J. Hetznecker, Esq.**
**Joseph F. Minni, Esq.**